**Harris Lee PARCUS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 24600.

United States Court of Appeals Fifth Circuit.

May 16, 1968.

Herman Watson, Jr., Huntsville, Ala., for appellant.

1.  Mills v. Mealey, W.D.Va., 274 F.Supp. 4.

1.  46 U.S.C.A. § 688.

R. Macey Taylor, Asst. U. S. Atty., Birmingham, Ala., Macon L. Weaver, U. S. Atty., R. Macey Taylor, Asst. U. S. Atty., for appellee.

Before TUTTLE, and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The judgment is affirmed.